**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Estate of Joseph Lewis Clark,
Irma Clark, Administrator,

   Plaintiffs,

v.

Edwin c. Voorhies, Jr., et al.,

   Defendants.

Case Number: 1:07cv510

Judge Michael R. Barrett

## **ORDER**

  This matter is before the Court pursuant to Defendants' motion to stay the case and discovery (Doc. 12) and Plaintiff's motion for extension of time (Doc. 13).  Plaintiff, through counsel, has indicated that she has no objection to Defendants' motion to stay the case and to stay all discovery pending resolution of the pending motion for judgment on the pleadings.  Thus, for good cause shown, the motion to stay (Doc. 12) is hereby GRANTED.  In addition, for good cause shown, the Plaintiff's motion for an extension (Doc. 13) is GRANTED.  Plaintiff is granted a two week extension in which to respond to the motion for judgment on the pleadings.

  **IT IS SO ORDERED**.

                  s/Michael R. Barrett
                  Michael R. Barrett, Judge
                  United States District Court